UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY G. HAMPTON, JR., | No. 2:23-cv-1056 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| CARRILLO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a motion for clarification of the May 21, 2024 order honoring his request to voluntarily dismiss the case. ECF No. 11.

This case, Hampton v. Carrillo, 2:23-cv-1056 TLN AC, has been dismissed and the case has been closed. As a result, the filing fee for this case will no longer be deducted from plaintiff's trust account and any money that was already paid will be refunded. Plaintiff's other case, Hampton v. Alkire, 2:22-cv-1418 DJC DMC, is still open and has a pending motion to dismiss, which it appears plaintiff has not responded to yet. Plaintiff is free to file a motion to amend, accompanied by a copy of the proposed amended complaint, in Hampton v. Alkire if he wants to amend the complaint in that case. The undersigned takes no position on the viability of plaintiff's claims in Hampton v. Alkire. If plaintiff choses to file a motion to amend and proposed amended complaint in Hampton v. Alkire, he must include the case number for that case on the motion and proposed amended complaint in order to ensure that they are filed in the correct case.

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for clarification (ECF
2 | No. 11) is GRANTED to the extent clarification has been provided above.
3 | DATED: June 4, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2